UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JOHN P. HEHMAN
CLERK
2012 OCT 23 PM 1:36
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:12  |
| | : | |
| | : | INDICTMENT TIMOTHY S. BLACK |
| | : | 18 U.S.C. § 2252(a)(2) |
| V. | : | 18 U.S.C. § 2252(a)(4) |
| | : | 18 U.S.C. § 2252(b)(1) |
| BRIAN ROHRBACK | : | 18 U.S.C. § 2252(b)(2) |
| | : | 18 U.S.C. § 2422(b) |
| | : | |
| | : | FORFEITURE |

The Grand Jury charges that:

### COUNT 1
### (Coercion and Enticement)

Between June 10, 2010 and November 25, 2010, the defendant, BRIAN ROHRBACK, knowingly used a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice and coerce any individual (SM) who had not attained the age of 18 years, or who was believed to be less than 18 years of age, to engage in any sexual activity for which any person could be charged with an offense.

**In violation of Title 18, United States Code, Section 2422(b).**

### COUNT 2
### (Coercion and Enticement)

Between June 24, 2011 and July 11, 2011, the defendant, BRIAN ROHRBACK, knowingly used a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice and coerce any individual (AW) who had not attained the age of 18 years, or who

was believed to be less than 18 years of age, to engage in any sexual activity for which any person could be charged with an offense.

**In violation of Title 18, United States Code, Section 2422(b).**

## COUNT 3
### (Distribution of Child Pornography)

On or about July 26, 2011, in the Southern District of Ohio, the defendant, BRIAN ROHRBACK, knowingly distributed a visual depiction that had been mailed, or shipped or transported in interstate or foreign commerce, or which contained materials which had been mailed or so shipped or transported, by any means including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such depiction was of such conduct.

In violation of 18 U.S.C. §§2252(a)(2) and 2252(b)(1).

## COUNT 4
### (Distribution of Child Pornography)

On or about October 9, 2011, in the Southern District of Ohio, the defendant, BRIAN ROHRBACK, knowingly distributed a visual depiction that had been mailed, or shipped or transported in interstate or foreign commerce, or which contained materials which had been mailed or so shipped or transported, by any means including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such depiction was of such conduct.

**In violation of 18 U.S.C. §§2252(a)(2) and 2252(b)(1).**

## COUNT 5
### (Possession of Child Pornography)

On or about December 16, 2011, in the Southern District of Ohio, the defendant, BRIAN ROHRBACK, knowingly possessed one or more books, magazines, periodicals, films, video

tapes, and other matter which contained visual depictions that had been mailed, shipped and transported in interstate or foreign commerce, and produced using materials which had been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the producing of such visual depictions having involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct.

In violation of 18 U.S.C. §§2252(a)(4) and 2252(b)(2).

## FORFEITURE ALLEGATION

Upon conviction of an offense alleged in Counts 1 through 5 of this Indictment, the defendant shall forfeit to the United States the defendant's interest in:

1. All visual depictions, in any form, described in Title 18, United States Code, Sections 2251, 2251A or 2252, and any book, magazine, periodical, film, video tape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, Chapter 110;

2. All property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and;

3. All property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including, but not limited to the following item(s):

   a. Mac Mini computer bearing serial number C07G50XWDJD1;

   b. ASUS laptop bearing serial number 00196-046-190-392;

   c. My Passport external hard drive bearing serial number WXP1E80M0675T;

   d. Seagate 200 GB external hard drive bearing serial number 4LJ088B7;

   e. Seagate Go Flex external hard drive bearing serial number NA1Q32XS;

   f. Scosche external hard drive;

g. Cruzer 8GB San Disk flash drive;

h. Transcend flash drive;

i. Privacy Drive USB 2.0 flash drive;

j. Optima 4 GB flash card;

k. Simple Tech 160 GB external hard drive bearing serial number 07125141601018712;

l. Scan Snap bearing serial number 017281

m. iPhone bearing serial number DNPGG1YBDTDW

n. Cannon Power Shot G9 digital camera bearing serial number 6421309334

o. Two HP monitors and a keyboard

p. Possessory interest mail

All pursuant to 18 U.S.C. §2253(a)(1) - (3).

A TRUE BILL

S/Foreperson
FOREPERSON

CARTER M. STEWART
UNITED STATES ATTORNEY

LAURA CLEMMENS
CHIEF, DAYTON BRANCH