# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 3:12-CR-132** |
| Plaintiff | : | |
| vs. | : | **Judge Timothy S. Black** |
| **BRIAN ROHRBACK** | : | |
| Defendant | : | |

## DEFENDANT ROHRBACK'S MOTION FOR CHANGE OF PLEA

Now comes the Defendant, **BRIAN ROHRBACK,** through his attorney, **Nicholas G. Gounaris,** and respectfully moves this court to schedule a change of plea of hearing for February 7, 2013 at 10:00A.M.

Respectfully submitted,

/s Nicholas G. Gounaris
**NICHOLAS G. GOUNARIS (0064527)**
GOUNARIS DENSLOW ABBOUD CO. LPA
Attorney for Brian Rohrback
130 W. Second Street, Suite 1818
Dayton, OH 45402
(937) 222-1515
nick@gdalawfirm.com

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing was served upon all parties by electronic filing through the office of the clerk.

           s/Nicholas G. Gounaris
           NICHOLAS G. GOUNARIS